United States District Court
Southern District of Texas
**ENTERED**
August 04, 2017
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| AMBROSIO LONGORIA, | § | |
| | § | |
| Plaintiff | § | |
| VS. | § | CIVIL ACTION NO. 5:16-CV-59 |
| | § | |
| HUNTER EXPRESS, LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

On July 18, 2017, the trial of this case began. Plaintiff, Ambrosio Longoria, appeared in person and through his attorneys and announced ready for trial. Defendants, Sarbjit Singh Basatia and Hunter Express, Ltd., appeared in person and through their attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel, with the undersigned presiding. The Court submitted questions, definitions, and instructions to the jury. In response, the jury returned a unanimous verdict and made findings that the Court received and entered of record. Plaintiff moved for entry of judgment on the verdict. The Court considered the motion and renders final judgment for Plaintiff.

1. Therefore, the Court orders that Plaintiff, Ambrosio Longoria, recover the sum of $2,820,243 and his costs from Defendants, Sarbjit Singh Bastia and Hunter Express, Ltd., jointly and severally.

2. Additionally, the Court awards pre-judgment interest on the sum at the

annual rate of 1.23%, to be paid from January 15, 2016 until the date of the entry of this judgment.

      3. Post-judgment interest is payable on all of the above amounts allowable by law at the rate of 1.23% from the date this judgment is entered until the date this judgment is paid.

      4. The Court orders execution to issue for this judgment.

      5. The Court denies all relief not granted in this judgment.

      6. The Clerk of Court is **DIRECTED** to **TERMINATE** this case.

      7. This is a **FINAL JUDGMENT**.

**SIGNED** August 4, 2017.

Marina Garcia Marmolejo
United States District Judge

2