United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| AMBROSIO LONGORIA, | § § § | |
| Plaintiff, | § § | |
| V. | § | CIVIL ACTION NO. 5:16-cv-59 |
| HUNTER EXPRESS, LTD., *et al.* | § § § | |
| Defendants. | § § | |

## ORDER

Pursuant to further mediated settlement conference proceedings conducted by the Magistrate Judge, on this date the parties reached a settlement agreement of all claims and controversies in this matter.

Accordingly, the Court **ORDERS** the parties to file closing documents (i.e., all stipulated dismissals pursuant to Fed. R. Civ. P. 41 signed by counsel for all parties) no later than **March 16, 2020**. In the event the parties are not able to finalize the settlement within that time, the parties may file a motion to extend the deadline with a showing of good cause.

Additionally, the Court **TERMINATES** all active court settings and deadlines.

IT IS SO **ORDERED**.

**SIGNED** on January 29, 2020.

John A. Kazen
United States Magistrate Judge